UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 06 CR 50044-2 |
| | ) | Judge Philip G. Reinhard |
| STEVEN J. KLIKNO | ) | |

**UNITED STATES' RESPONSE TO DEFENDANT'S OBJECTIONS TO
THE PRESENTENCE INVESTIGATION REPORT ("PSR")**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, responds to defendant's objections to the Presentence Investigation Report ("PSR") as follows:

Defendant objects to the four-level enhancement for possession of firearms in connection with another felony offense, pursuant to U.S.S.G. § 2K2.1(b)(6), suggesting this enhancement is "legally incorrect." PSR at lines 174-184. As support for this position, defendant cites *United States v. Szakacs*, 212 F.3d 344 (7th Cir. 2000). *Szakacs* is no longer the rule in light of Amendment 692 to the Sentencing Guidelines, which became effective on November 1, 2006. The *Szakacs* court was interpreting the "another felony offense" provision under the guideline as it existed prior to this amendment. After the amendment, it is clear that the enhancement applies. Application Note 14(B) states:

> Subsections (b)(6) and (c)(1) apply (i) in a case in which a defendant who, during the course of a burglary, finds and takes a firearm, *even if the defendant did not engage in any other conduct with that firearm during the course of the burglary*; and (ii) in the case of a drug trafficking offense in which a firearm is found in close proximity to drugs, drug manufacturing materials, or drug paraphernalia. In these cases, application of subsections (b)(6) and (c)(1) is warranted because the presence of the firearm has the potential of facilitating another felony offense or another offense, respectively.

1

Application Note 14(B), U.S.S.G. § 2K2.1 (emphasis added).

This Court must determine the applicable guideline range using the Sentencing Guidelines Manual in effect at the time defendant is sentenced, in this case the November 1, 2006 Guidelines Manual. *United States v. Demaree*, 459 F.3d 791, 794-95 (7th Cir. 2006) (*certiorari* denied June 29, 2007). In his plea agreement, defendant admitted he and two of his co-defendants committed a residential burglary at 3009 Horton Street on June 6, 2006, and that they stole firearms during the course of that burglary. Those facts fit squarely within the Application Note cited above, and this Court must apply the enhancement under U.S.S.G. § 2K2.1(b)(6). *Szakacs* is simply no longer good law for the proposition that defendant cites.

For the reasons stated above, the government agrees with the sentencing guidelines calculations contained in the PSR, including the four-level enhancement pursuant to U.S.S.G. § 2K2.1(b)(6).

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:_____/s_____
        MICHAEL F. IASPARRO
        Assistant United States Attorney
        308 West State Street - Suite 300
        Rockford, Illinois 61101
        (815) 987-4444

## **CERTIFICATE OF SERVICE**

       The undersigned Assistant United States Attorney hereby certifies that in accordance with F<small>ED</small>. R. C<small>RIM</small>. P. 49, F<small>ED</small>. R. C<small>IV</small>. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

  United States' Response to Defendant's Objections to the Presentence Investigation Report

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail and/or hand-delivered on September 4, 2007 to the following non-ECF filers:

       Tori L. Powell
       United States Probation Officer
       211 S. Court Street
       Rockford, Illinois 61101


                                        /s
                             MICHAEL F. IASPARRO
                             Assistant United States Attorney
                             308 West State Street - Suite 300
                             Rockford, Illinois 61101
                             (815)987-4444