Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 CR 50044-2 | DATE | 9/07/2007 |
| CASE TITLE | USA vs. Steven J Klikno | | |

**DOCKET ENTRY TEXT:**

Sentencing hearing held. Enter Judgment in a Criminal Case.

Docketing to mail notices.

00:40

F I L E D

SEP 1 2 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JT |
|---|---|---|