```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              WESTERN DIVISION

   UNITED STATES OF AMERICA,         )   Docket No. 06 CR 50044
                                     )
               Plaintiff,            )   Rockford, Illinois
                                     )   Friday, December 7, 2006
        v.                           )   9:30 o'clock a.m.
                                     )
   STEVEN KLIKNO and VICTOR          )
   DEAN,                             )
                                     )
               Defendants.           )

                          TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE PHILIP G. REINHARD

   APPEARANCES:

   For the Government:               HON. PATRICK J. FITZGERALD
                                     United States Attorney
                                     (308 West State Street,
                                      Rockford, Illinois  61101) by
                                     MR. MICHAEL F. IASPARRO
                                     Assistant U.S. Attorney

   For the Defendant Klikno:         MR. JOHN M. NELSON
                                     (1318 East State Street,
                                      Rockford, Illinois  61104)

   For the Defendant Dean:           MR. DONALD P. SULLIVAN
                                     (202 West State Street,
                                      Suite 1100,
                                      Rockford, Illinois  61101)

   Court Reporter:                   Mary T. Lindbloom
                                     211 South Court Street
                                     Rockford, Illinois  61101
                                     (815) 987-4486
```

07-3627

U.S.C.A. 7th Circuit
FILED
JUL 2 4 2008  SK
GINO J. AGNELLO
CLERK

FILED
DEC 10 2007

DOCKETED
DEC 10 2007

Clerk's File Copy



U. S. COURT OF APPEALS
Seventh Circuit
Transcripts Vol. 3 of 11


07-3627-T03


186

```
 1            THE CLERK:  06 CR 50044-5 and -2, U.S.A. v. Dean and
 2   Klikno.
 3            MR. IASPARRO:  Good morning, your Honor.  Michael
 4   Iasparro on behalf of the United States.
 5            THE COURT:  Good morning.
 6            MR. NELSON:  Attorney John Nelson, your Honor, present
 7   with Steve Klikno.
 8            THE COURT:  All right.  This is his first appearance
 9   before me?
10            MR. NELSON:  Yes, sir.
11            THE COURT:  And you are Mr. Klikno; is that right?
12            DEFENDANT KLIKNO:  Yes, sir.
13            THE COURT:  All right.  Mr. Sullivan.
14            MR. SULLIVAN:  Good morning, your Honor.  Don Sullivan
15   on behalf of Victor Dean, who's also present.
16            THE COURT:  All right.  Mr. Dean has been before me.
17            MR. SULLIVAN:  That's correct.  One other time and on a
18   hearing.
19            THE COURT:  That's right.  Yours was probably continued
20   over to today, and this is the first hearing.  There is one
21   defendant that I see has pled guilty, and then there's another
22   defendant who apparently is being examined.  Is that for a
23   psychiatric examination?
24            MR. IASPARRO:  That's right, Judge.  Deanna Adams has
25   pled guilty.  Karl Daniels, your Honor ordered a second
```

1  psychiatric examination for him, competency examination.
2  There's a third defendant, Brian Sawtelle, who has not been
3  before you, but he is scheduled to be before you at 1:30 this
4  afternoon. I tried to make it 11:00, but Mr. Mengeling
5  represents him and was not able to be here this morning, but
6  will be here this afternoon.
7          THE COURT: All right. What's going to transpire?
8  What do you know?
9          MR. IASPARRO: Perhaps Mr. Nelson and Mr. Sullivan
10 can --
11         MR. NELSON: Judge, on our part, we would be seeking a
12 short status, and we would want to file -- there are motions
13 that I have not filed but we want to file, and I would put those
14 before the court and indicate that it looks like this case will
15 be tried, but prior to that we would seek a short continuance
16 for the purposes of filing motions and ask, obviously, that our
17 options be kept open to do that.
18         THE COURT: All right. Mr. Sullivan.
19         MR. SULLIVAN: Yes. I have very little to add to that.
20 We'd be proceeding in a different direction. There may be some
21 additional discovery that we'll be seeking. I understand
22 there's some still photographs that we don't have and that there
23 may be some videotape that we'd like to get.
24         THE COURT: All right. Well, that's a matter of,
25 obviously, Mr. Iasparro has a continuing obligation to provide

1  them with discovery.
2       MR. IASPARRO: Judge, on the record I can tell
3  Mr. Sullivan and this court to my knowledge there's no videotape
4  in this case. There are some photographs Mr. Sullivan was
5  provided or shown those at the time of the motion to suppress.
6  I can provide him copies of those photographs.
7       THE COURT: All right. Do that.
8       MR. SULLIVAN: I'm not questioning his knowledge.
9  There may be something out there that he doesn't know about.
10      THE COURT: All right. Well, this matter is --
11 Mr. Nelson, I think I will continue this to next week sometime.
12 The last week -- I'd like to dispose of -- you know, have you
13 file a motion, if you've got any motion. I could do it as late
14 as next Thursday.
15      MR. IASPARRO: That's fine, Judge.
16      MR. NELSON: That would be fine, Judge.
17      THE COURT: What time? Do you have any problem?
18      MR. NELSON: Earlier in the morning is bad, and there's
19 one matter in the afternoon at 1:30.
20      THE COURT: 11:00 o'clock? Would that be all right?
21      MR. NELSON: That would be fine, Judge.
22      THE COURT: I'm going to set the matter, as far as
23 Mr. Klikno is concerned, for 11:00 on the 14th. Now, would you
24 be filing your motion -- you're able to file your motions at
25 that time?

1  MR. NELSON: Yes, sir.
2  THE COURT: All right. Then I'll put it down you file
3  any pretrial motions at that time. What I foresee is if these
4  are -- I take it they're probably a motion to suppress of some
5  sort.
6  MR. NELSON: We have a motion to suppress statements,
7  Judge. I've discussed the possibility of filing a motion for
8  severance and will probably file a motion for additional
9  discovery. We're primarily interested, I believe, in the one
10 woman who's pled guilty, her proffer. We may get that in the
11 interim.
12 THE COURT: All right. All those things be ready to
13 file on next Thursday. And what I envision, just so that you
14 people are aware, I'll probably give Mr. Iasparro three weeks or
15 thereabouts or whatever he needs to file a response, and then
16 I'll give you a short time to file a reply, which is probably
17 going to put us into mid to late January.
18 If there's going to be an evidentiary hearing then, I
19 want you, Mr. Iasparro, to indicate whether you think there
20 should be, and then if you don't think there should be, then,
21 Mr. Nelson, if you disagree in your reply, let me know.
22 I will then in all likelihood be having the suppression
23 hearing towards the end of January. You people will be in
24 court, and I will have it by video conferencing. So, that's
25 what I expect as to this defendant.

1      MR. IASPARRO: Yes, Judge.
2      THE COURT: As to your client, I guess I don't need to
3  see him -- do I have to see him again until we know what
4  direction we're heading?
5      MR. SULLIVAN: I can't think of any reason why we
6  would.
7      THE COURT: I don't need you for a status next week, do
8  I?
9      MR. SULLIVAN: Not with my client. I mean, I'd be glad
10 to come.
11     THE COURT: I don't know -- what would you gain by
12 that? I don't know anything you -- what I'm saying is is if
13 you're going to try the case, then you go along with the other
14 defendants. There's no sense you appearing unless you have some
15 sort of a motion.
16     MR. SULLIVAN: Right.
17     THE COURT: If you have a motion in this case, then all
18 I'll say is that you're going to have to schedule that with my
19 minute clerk.
20     MR. SULLIVAN: That will be fine.
21     THE COURT: And then I'll give you a special status on
22 that. But otherwise I'm assuming that you will not -- you've
23 already had one motion. You will not have another motion.
24     Do you want to make a motion here?
25     MR. IASPARRO: Judge, as to Mr. Klikno, I move to

1  exclude the time from today through and including December 14th
2  pursuant to 18 U.S.C. 3161(h)(1) as time set aside for the
3  filing of pretrial motions.
4      And as to Mr. Dean, I'd move to exclude that same time
5  period pursuant to 18 U.S.C. 3161(h)(7), a period when he is
6  joined for trial with his codefendants as to whom the time for
7  trial has not run and no severance has been granted.
8      THE COURT: Any objection?
9      MR. NELSON: No objection, Judge.
10     THE COURT: Any objection?
11     MR. SULLIVAN: No, your Honor.
12     THE COURT: All right. For the reasons stated by the
13 government, and it applies to both defendants, I will exclude
14 the period of time from today through the 14th as to the
15 defendant Klikno, and as to the other defendant, I'll exclude it
16 through that period of time, but then you're going to have to
17 make another motion --
18     MR. IASPARRO: Yes, Judge.
19     THE COURT: -- once we have him back into court.
20     MR. IASPARRO: Yes, Judge.
21     THE COURT: All right. We'll see what develops --
22     MR. NELSON: Sure.
23     THE COURT: -- with the other two defendants. If
24 there's going to be a trial, fine. We'll get a trial for you.
25     MR. NELSON: Thank you, Judge. Appreciate it.

1      THE COURT: All right. That's all.

2      MR. SULLIVAN: Thank you, your Honor.

3   (Which were all the proceedings had in the above-entitled

4   cause on the day and date aforesaid.)

5      I certify that the foregoing is a correct transcript from

6   the record of proceedings in the above-entitled matter.

*[signature]*

Mary T. Lindbloom
Official Court Reporter